**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

May 26, 2017

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court for
the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re: <u>Jose Del-Orden v. Bonobos, Inc., Case No. 17-cv-2744</u>

Dear Judge Engelmayer:

  We represent defendant Bonobos, Inc. ("Bonobos") in the above-reference matter. Counsel for the parties have agreed that Bonobos' time to respond to the Complaint filed by plaintiff Jose Del-Orden may be extended through and including June 30, 2017. This is Bonobos' first request for an extension of time to respond to the Complaint. Accordingly, we respectfully request that the Court so-order the enclosed stipulation extending Bonobos' time to respond to June 30, 2017.

  We thank the Court for its courtesies.

            Respectfully submitted,

            Michael F. Fleming

[Enclosure]

Cc: CK Lee, Esq. (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSE DEL-ORDEN, on behalf of himself and all :
others similarly situated,
:
                    Plaintiff,
:   Case No. 1:17-cv-02744
     vs.
:   **STIPULATION**
BONOBOS, INC.,
:
                    Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiff Jose Del-Orden ("Plaintiff") and Defendant Bonobos, Inc. ("Defendant"), that Defendant's time to answer, move or otherwise respond to Plaintiff's Complaint in the above-captioned action is extended through and including June 30, 2017. There have been no previous requests for extensions of time for Defendant to respond.

Dated: May 25, 2017

| PADUANO & WEINTRAUB LLP | LEE LITIGATION GROUP, PLLC |
|---|---|
| By: _____ <br> Michael Fleming, Esq. <br> 1251 Avenue of the Americas <br> Ninth Floor <br> New York, New York 10020 <br> (212) 785-9099 <br> mff@pwlawyers.com | By: _____ <br> C.K. Lee, Esq. <br> 30 East 39th Street <br> Second Floor <br> New York, New York 10016 <br> (212) 465-1188 <br> cklee@leelitigation.com |
| Attorneys for Defendant | Attorneys for Plaintiff |

SO ORDERED:

Dated:_____                      _____
                                                                                      U.S.D.J.